AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MELECIO SANCHEZ-CARBAJAL

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1475-W

I, MELECIO SANCHEZ-CARBAJAL, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 8, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Melecio Sanchez
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER

FILED
MAY 8 2008
SOUTHERN DISTRICT OF CALIFORNIA
MB