FILED
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MELECIO SANCHEZ-CARBAJAL,<br>Defendant. | Criminal Case No. 08CR1475-W<br>I N F O R M A T I O N<br>**(Superseding)**<br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

On or about April 12, 2008, within the Southern District of California, defendant MELECIO SANCHEZ-CARBAJAL being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325, Criminal Case No. 05-03445MP, in the United

//

//

//

MIP:mg:San Diego
5/30/08

States District Court for the District of Arizona; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 2, 2008.

KAREN P. HEWITT
United States Attorney

[signature] for

MICHELLE M. PETTIT
Assistant U.S. Attorney